# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Department of Environmental    :
Protection,    :
               Petitioner    :
   :
          v.    :   No. 291 C.D. 2020
   :
B&R Resources, LLC and    :
Richard F. Campola,    :
          Respondents    :

## PER CURIAM               O R D E R

**NOW**, January 31, 2022, the "Application in to Report an Unreported Memorandum Opinion of the Court," filed by the Department of Environmental Protection, to which no response was filed, is **GRANTED**. The above-captioned Memorandum Opinion, filed December 6, 2021, shall be designated OPINION and shall be REPORTED.